**Order filed May 9, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-12-00134-CR

_____

### JACK THEOTRICE CLARK, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 9708-D**

### O R D E R

This appeal has been unduly stalled due to the failure of Appellant's retained counsel, Bill Fisher, to file an appellate brief. The brief was originally due on November 21, 2012. On November 21, counsel filed his motion for extension, which was granted and which extended the deadline to December 21, 2012. We

have had no further communication from counsel. More than four months have passed since the extended deadline, and counsel has yet to file a brief.

By this order, Bill Fisher is ORDERED to file in this court a brief on behalf of Appellant on or before **May 24, 2013**.

PER CURIAM

May 9, 2013

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.